UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:18-CR-125-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 46) |
| MICHAEL LEE DRAKE ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 46 (2021 Medical Records) be sealed until further notice by this Court.

This  9  day of  June , 2021.

JAMES C. DEVER III
United States District Judge